UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CIROTTO,<br><br>        Plaintiff,<br><br>    v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>        Defendant. | Case No.  14-cv-04132-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |

The parties advised the ADR Department on February 12, 2015 that they have settled this action.  Accordingly, all deadlines and hearings in this case are VACATED.  By April 2, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on April 15, 2015, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: February 13, 2015

_____
JON S. TIGAR
United States District Judge